| | |
|---|---|
| CHARLES JUNIOR LOCKLEAR )<br>    Petitioner, )<br> )<br>v. )<br> )<br>UNITED STATES OF AMERICA, )<br>    Respondent. ) | O R D E R |

Having conducted an examination of petitioner's motion pursuant to Rule 4(b) of the Rules Governing § 2255 Proceedings and it appearing that dismissal is not warranted at this time, the United States Attorney is DIRECTED to file an Answer pursuant to Rule 5, Rules Governing § 2255 Proceedings, or to make such other response as appropriate to the above-captioned § 2255 Motion to Vacate, Set Aside or Correct Sentence, within **forty (40)** days of the filing of this order.

SO ORDERED.

This the /8 day of February, 2011.

Terrence W. Boyle
United States District Judge