IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7:09-CR-101-1BO

FILED
OCT 3 1 2014
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

UNITED STATES OF AMERICA

vs.                                                              **ORDER**

CHARLES JUNIOR LOCKLEAR,
    Defendant.

FOR GOOD CAUSE SHOWN, the defendant's motion to unseal the final Presentence Report and Statement of Reasons is ALLOWED and GRANTED and the US Probation Office is directed to provide counsel, W. H. Paramore, III, with a copy of these documents forthwith.

It is hereby ORDERED and DIRECTED.

Entered at Chambers, this the ___31___ day of ___October___, 2014.

_____
THE HONORABLE TERRENCE W. BOYLE
UNITED STATES DISTRICT COURT JUDGE

1