# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/30/2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

| | | |
|---|---|---|
| United States of America<br>v.<br>CHARLES JUNIOR LOCKLEAR | )<br>)<br>)<br>)<br>) | Case No: 7:09-CR-101-1BO<br>USM No: 70506-056 |
| Date of Original Judgment: 01/20/2010<br>Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | )<br>) | Walter Paramore<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___33___ months **is reduced to** 27 months in Count 4
The sentence of 60 months consecutive imposed in Count 5 remains unchanged.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated 01/20/2010 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 3-30-16                     /s/ Terrence W. Boyle
                                                        *Judge's signature*

Effective Date: 11/01/2015              Terrence W. Boyle, U.S. District Judge
*(if different from order date)*              *Printed name and title*

EDNC 7/26/2012

Case 7:09-cr-00101-BO   Document 81   Filed 03/30/16   Page 1 of 1